**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2342**

XIAOPING YAO,

                Plaintiff - Appellant,

      v.

VISA INCORPORATED,

                Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:08-cv-01181-LO-TCB)

Submitted: March 16, 2010         Decided: March 19, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Xiaoping Yao, Appellant Pro Se. Katherine Anne Goetzl, Lindsey Hager McGinnis, LITTLER MENDELSON, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Xiaoping Yao appeals the district court's order granting summary judgment in favor of his former employer, Visa Inc., and dismissing his claim pursuant to 42 U.S.C. §§ 2000e-2000e-17 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Yao v. Visa Inc.</u>, No. 1:08-cv-01181-LO-TCB (E.D. Va. Nov. 6, 2009) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>